# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                             §
                                   §
MIKKELSEN, PETER T.                §     Case No. 09-18266 PSH
MIKKELSEN, SUSAN I.                §
                                   §
                                   §
_____Debtor(s)_____§_____

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                             $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/RONALD R. PETERSON_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-18266 | Judge: PAMELA S. HOLLIS |
|---|---|---|
| Case Name: | MIKKELSEN, PETER T. | |
| | MIKKELSEN, SUSAN I. | |
| For Period Ending: | 03/26/12 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 05/20/09 (f) |
| 341(a) Meeting Date: | 06/30/09 |
| Claims Bar Date: | 04/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 7647 Davis Street, Morton Grove, Illinois (single | 570,000.00 | 4,791.00 | | 0.00 | 0.00 | 565,209.00 | 0.00 |
| 2. 1845 Prairie Avenue, Northbrook, Illinois (single | 450,000.00 | 0.00 | | 0.00 | 0.00 | 474,404.00 | 0.00 |
| 3. 729 Hill Street, Highland Park, Illinois (single f | 483,000.00 | 8,886.00 | | 0.00 | 0.00 | 474,114.00 | 0.00 |
| 4. 2730 Via Tivoli Avenue, Unit 321A, Clearwater, Flo | 210,000.00 | 0.00 | | 0.00 | 0.00 | 245,650.63 | 0.00 |
| 5. 2738 Via Tivoli Avenue, Unit 223A, Clearwater, Flo | 230,000.00 | 0.00 | | 0.00 | 0.00 | 324,411.00 | 0.00 |
| 6. Checking and Savings accounts - Washington Mutual | 550.00 | 550.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Miscellaneous used furniture, including tables, ch | 2,500.00 | 2,500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. miscellaneous books | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. clothing and shoes | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. wedding bands (originally purchased for $300) | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. treadmill | 150.00 | 150.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. digital camera | 150.00 | 150.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. 100% stock of Creative Computer Consulting Worldwi | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. consulting fees owed to Debtor by Lincoln Towing | 1,600.00 | 1,600.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 09-18266 | Judge: PAMELA S. HOLLIS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | MIKKELSEN, PETER T. | | Date Filed (f) or Converted (c): | 05/20/09 (f) |
| | MIKKELSEN, SUSAN I. | | 341(a) Meeting Date: | 06/30/09 |
| | | | Claims Bar Date: | 04/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. 2007 Toyota Corolla (40,000 miles) | 7,750.00 | 7,750.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. 1993 Toyota Paseo (65,000 miles) | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 17. computer, printer | 250.00 | 250.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 18. Personal injury (u) | 0.00 | 100,000.00 | | 100,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.91 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $1,956,750.00 | $127,427.00 | | $100,000.91 | Gross Value of Remaining Assets $0.00 | $2,083,788.63 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:15 pm. There was a major settlement in the fourth quarter of 2011. The case is in closing.

December 05, 2011, 05:26 pm . Staff Associate J. Knapp is checking claims.

September 26, 2011, 09:54 am. Settlement subject to court order of PI case for $100M. Hearing set for 11 October 2011.

Personal injury case pending.


Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 05/01/12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 3

| | |
|---|---|
| Case No: | 09-18266    Judge: PAMELA S. HOLLIS |
| Case Name: | MIKKELSEN, PETER T. |
| | MIKKELSEN, SUSAN I. |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 05/20/09 (f) |
| 341(a) Meeting Date: | 06/30/09 |
| Claims Bar Date: | 04/30/10 |

_____   Date: _____
RONALD R. PETERSON

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 09-18266 -PSH | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | MIKKELSEN, PETER T. | Bank Name: | BANK OF AMERICA, N.A. |
|  | MIKKELSEN, SUSAN I. | Account Number / CD #: | *******9357 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4424 |  |  |
| For Period Ending: | 03/26/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/25/11 |  | Lawyers Trust Fund of iLLINOIS<br>lOIZZI lAW oFFICES, llc<br>414 North Orleans St<br>suite 602<br>Chicago, Il 60610 |  |  | 26,616.95 |  | 26,616.95 |
|  | 18 | LAWYERS TRUST FUND OF ILLINOIS | Memo Amount: 100,000.00 | 1242-000 |  |  |  |
|  |  | LIOZZI LAW OFFICES | Memo Amount: ( 26,000.00 )<br>Contengency Fee | 3210-000 |  |  |  |
|  |  | GORDON LEVINE | Memo Amount: ( 7,500.00 )<br>Misclllenous Legal Expenses | 3220-000 |  |  |  |
|  |  | FRANK TUZZOLINO & ASSOCIATES | Memo Amount: ( 6,500.00 )<br>Miscelleneous Expnses | 3220-000 |  |  |  |
|  |  | LOIZZI LAW OFFICESS | Memo Amount: ( 7,193.94 )<br>Miscellenous Case Expensess | 3220-000 |  |  |  |
|  |  | USAA | Memo Amount: ( 2,655.73 )<br>Med Lien | 4220-000 |  |  |  |
|  |  | BLUE CROSS | Memo Amount: ( 7,835.24 )<br>Med Lien | 4220-000 |  |  |  |
|  |  | DR. ALLEN | Memo Amount: ( 698.14 )<br>Med Lien | 4220-000 |  |  |  |
|  |  | PETER MIKKKELSON | Memo Amount: ( 15,000.00 )<br>Personal injury exemption | 8100-000 |  |  |  |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 |  | 26,616.98 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 |  | 26,617.20 |
| 11/30/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 32.82 | 26,584.38 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 |  | 26,584.60 |
| 12/30/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 32.78 | 26,551.82 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 |  | 26,552.05 |
|  |  |  | Page Subtotals |  | 26,617.65 | 65.60 |  |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-18266 -PSH | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | MIKKELSEN, PETER T. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MIKKELSEN, SUSAN I. | | Account Number / CD #: | *******9357 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4424 | | | |
| For Period Ending: | 03/26/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 34.82 | 26,517.23 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 26,517.44 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.52 | 26,485.92 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 100,000.00 | COLUMN TOTALS | | 26,617.86 | 131.94 | 26,485.92 |
| Memo Allocation Disbursements: | 73,383.05 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 26,617.86 | 131.94 | |
| Memo Allocation Net: | 26,616.95 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 26,617.86 | 131.94 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 100,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 73,383.05 | Money Market Account (Interest Earn - ********9357 | | 26,617.86 | 131.94 | 26,485.92 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 26,616.95 | | | 26,617.86 | 131.94 | 26,485.92 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.21        66.34

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: March 26, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 09-18266<br>Debtor Name: MIKKELSEN, PETER T. | | | Claim Class Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000002<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | Filed 02/03/10 | $0.00 | $10,951.64 | $10,951.64 |
| 000003<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | Filed 02/03/10 | $0.00 | $13,169.80 | $13,169.80 |
| 000004<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | Filed 02/03/10 | $0.00 | $7,976.15 | $7,976.15 |
| 000005<br>070<br>7100-00 | Advanta Bank Corp.<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 02/12/10 | $0.00 | $25,276.90 | $25,276.90 |
| 000006<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 02/13/10 | $0.00 | $24,928.89 | $24,928.89 |
| 000007<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 02/13/10 | $0.00 | $11,734.00 | $11,734.00 |
| 000008<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | Filed 02/24/10 | $0.00 | $24,039.25 | $24,039.25 |
| 000009<br>070<br>7100-00 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 04/09/10 | $0.00 | $19,108.86 | $19,108.86 |
| 000010<br>070<br>7100-00 | Fia Card Services, NA/Bank of<br>America<br>by American Infosource Lp As Its<br>Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | Filed 04/23/10 | $0.00 | $56,531.06 | $56,531.06 |
| 000011<br>070<br>7100-00 | Fia Card Services, NA/Bank of<br>America<br>by American Infosource Lp As Its<br>Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | Filed 04/23/10 | $0.00 | $13,546.71 | $13,546.71 |
| 000012<br>070<br>7100-00 | Fia Card Services, NA/Bank of<br>America<br>by American Infosource Lp As Its<br>Agent<br>PO Box 248809 | Unsecured | Filed 04/23/10 | $0.00 | $1,251.10 | $1,251.10 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 26, 2012 |

Case Number: 09-18266  
Debtor Name: MIKKELSEN, PETER T.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Oklahoma City, OK 73124-8809 | | | | | |
| 000001 050 4700-00 | Pinellas County Tax Collector<br>Attn Betty A Gramley Tax MGR<br>P O box 2943<br>Clearwater Fl 33757-2943 | Secured | Filed 06/08/09 | $0.00 | $12,930.73 | $12,930.73 |
| 000013 050 4210-00 | Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>PO Box 36655<br>Dallas Texas 75235 | Secured | Filed 04/04/11 | $0.00 | $62,930.67 | $62,930.67 |
| | Case Totals: | | | $0.00 | $284,375.76 | $284,375.76 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

CREGIS2  UST Form 101-7-TFR (5/1/2011) *(Page: 9)*  Printed: 03/26/12 09:21 AM   Ver: 16.05d

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-18266 PSH
Case Name: MIKKELSEN, PETER T.
    MIKKELSEN, SUSAN I.
Trustee Name: RONALD R. PETERSON

       Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ | $ | $ |
| 000003 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ | $ | $ |
| 000004 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ | $ | $ |
| 000005 | Advanta Bank Corp.<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000009 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000010 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000011 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000012 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

  Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE