UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                §
                                      §
MIKKELSEN, PETER T.                   §       Case No. 09-18266 PSH
MIKKELSEN, SUSAN I.                   §
                                      §
                                      §
        Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE U.S. BANKRUPTCY COURT
        KENNETH S. GARDNER
        219 S. Dearborn St.
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/24/2012 in Courtroom 644,

        UNITED STATES BANKRUPTCY COURT
        219 S. Dearborn St.
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/20/2012                By: UNITED STATES BANKRUPTCY
                                            COURT
                                                                 Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
MIKKELSEN, PETER T. § Case No. 09-18266 PSH
MIKKELSEN, SUSAN I. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 100,000.91 |
| and approved disbursements of | $ | 73,514.99 |
| leaving a balance on hand of[1] | $ | 26,485.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 7,500.05 | $ 0.00 | $ 7,500.05 |
| Trustee Expenses: RONALD R. PETERSON | $ 34.98 | $ 0.00 | $ 34.98 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,535.03 |
| Remaining Balance | | $ | 18,950.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 208,514.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio<br>43054-3025 | $ 10,951.64 | $ 0.00 | $ 995.34 |
| 000003 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio<br>43054-3025 | $ 13,169.80 | $ 0.00 | $ 1,196.94 |
| 000004 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio<br>43054-3025 | $ 7,976.15 | $ 0.00 | $ 724.91 |
| 000005 | Advanta Bank Corp.<br>POB 3001<br>Malvern, PA 19355-0701 | $ 25,276.90 | $ 0.00 | $ 2,297.30 |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 24,928.89 | $ 0.00 | $ 2,265.67 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 11,734.00 | $ 0.00 | $ 1,066.45 |
| 000008 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 24,039.25 | $ 0.00 | $ 2,184.81 |
| 000009 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | $ 19,108.86 | $ 0.00 | $ 1,736.72 |
| 000010 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 56,531.06 | $ 0.00 | $ 5,137.84 |
| 000011 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 13,546.71 | $ 0.00 | $ 1,231.20 |
| 000012 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 1,251.10 | $ 0.00 | $ 113.71 |

Total to be paid to timely general unsecured creditors     $     18,950.89

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/Ronald R. Peterson
                           Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                            Case No. 09-18266-PSH
Peter T. Mikkelsen                                                Chapter 7
Susan I. Mikkelsen
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: lkorotko              Page 1 of 3                   Date Rcvd: Apr 19, 2012
                              Form ID: pdf006             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2012.
db/jdb       +Peter T. Mikkelsen,   Susan I. Mikkelsen,   7425 Lake Street,   Morton Grove, IL 60053-1718
13938874     +1&1 Internet, Inc.,   701 Lee Road,   Suite 300,   Chesterbrook, PA 19087-5612
15091095      Advanta Bank Corp.,   POB 3001,   Malvern, PA 19355-0701
13938876      American Express,   PO Box 981540,   El Paso, TX 79998-1540
15390634      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
13938877     +Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
13938878    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
                Norcross, GA 30091)
13938880     +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
13938879     +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
15100640      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13938881     +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13938882     +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
                Simi Valley, CA 93062-5170
13938884     +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
                Grand Rapids, MI 49546-6210
13938885     +Grand Bellagio at Baywatch,   Condo Association,   3001 Executive Drive, Ste 260,
                Clearwater, FL 33762-3389
13938886     +Homewise Preferred Insurance Co.,   Service Center,   PO Box 9182,   Marlborough, MA 01752-9182
13938890     +Oates Energy, Inc.,   415 Pablo Avenue, Suite 100,   Jacksonville Beach, FL 32250-5530
13938891    ++PINELLAS COUNTY TAX COLLECTOR,   PO BOX 4006,   SEMINOLE FL 33775-4006
              (address filed with court: Pinellas County Tax Collector,   Attn Betty A Gramley Tax MGR,
                P O box 2943,   Clearwater Fl 33757-2943)
13938892     +USAA Federal Savings Bank,   10750 Mcdermott Fwy,   San Antonio, TX 78288-1600
13938893     +Washington Mutual Mortgage,   Attention: Bankruptcy Dept.,   7255 Bay Meadows Way,
                Jacksonville, FL 32256-6851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13938875      E-mail/Text: bkr@cardworks.com Apr 20 2012 08:26:35     Advanta Bank Corp.,   PO Box 8088,
                Philadelphia, PA 19101-8088
15052183      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 20 2012 02:22:20      DISCOVER BANK,
                DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13938883     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 20 2012 02:22:20      Discover Financial,
                Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
15464836      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 20 2012 08:39:48
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
13938887     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 20 2012 09:16:39     NCO Financial Systems,
                PO Box 15630,   Dept 99,   Wilmington, DE 19850-5630
13938889     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 20 2012 09:16:40
                NCO Financial Systems, Inc.,   P.O. Box 15773,   Wilmington, DE 19850-5773
15149228     +E-mail/Text: resurgentbknotifications@resurgent.com Apr 20 2012 00:44:05
                PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
17071015      E-mail/Text: bkdepartment@rtresolutions.com Apr 20 2012 09:20:13     Real Time Resolutions, Inc.,
                1750 Regal Row Suite 120,   PO Box 36655,   Dallas Texas 75235
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13938888*    +NCO Financial Systems, Inc.,   PO Box 15630,   Dept 99,   Wilmington, DE 19850-5630
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: lkorotko              Page 2 of 3            Date Rcvd: Apr 19, 2012
                              Form ID: pdf006             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2012**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko              Page 3 of 3                  Date Rcvd: Apr 19, 2012
                              Form ID: pdf006             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2012 at the address(es) listed below:
              Faiq  Mihlar    on behalf of Creditor   JP Morgan Chase Bank, National Association
               shellyhood@hsbattys.com, danacloe@hsbattys.com
              Joel P Fonferko    on behalf of Creditor   BAC Home Loans Servicing, L.P. ND-Two@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter L Berk    on behalf of Debtor Peter Mikkelsen plberk@berklegal.com
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 5