UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MIKKELSEN, PETER T. § Case No. 09-18266 PSH
MIKKELSEN, SUSAN I. §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/RONALD R. PETERSON_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Peter Mikkkelson |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | Pinellas County Tax Collector PO Box 10832 Clearwater, FL 33757-8832 | | | | | |
| | Washington Mutual Mortgage Attention: Bankruptcy Dept. 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |
| | Washington Mutual Mortgage Attention: Bankruptcy Dept. 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |
| | Washington Mutual Mortgage Attention: Bankruptcy Dept. 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington Mutual Mortgage Attention: Bankruptcy Dept. 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |
| 000013 | REAL TIME RESOLUTIONS, INC. | | | | | |
| | BLUE CROSS | | | | | |
| | DR. ALLEN | | | | | |
| | USAA | | | | | |
| 000001 | PINELLAS COUNTY TAX COLLECTOR | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R PETERSON | | | | | |
| RON PETERSON | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| GORDON LEVINE | | | | | |
| LIOZZI LAW OFFICES | | | | | |
| FRANK TUZZOLINO & ASSOCIATES | | | | | |
| LOIZZI LAW OFFICESS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1&1 Internet, Inc. 701 Lee Road Suite 300 Chesterbrook, PA 19087 | | | | | |
| | Advanta Bank Corp. PO Box 8088 Philadelphia, PA 19101-8088 | | | | | |
| | American Express PO Box 981540 El Paso, TX 79998-1540 | | | | | |
| | Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |
| | Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |
| | Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | | | | |
| | Chase PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grand Bellagio at Baywatch Condo Association 3001 Executive Drive, Ste 260 Clearwater, FL 33762 | | | | | |
| | Homewise Preferred Insurance Co. Service Center PO Box 9182 Marlborough, MA 01752 | | | | | |
| | NCO Financial Systems PO Box 15630 Dept 99 Wilmington, DE 19850 | | | | | |
| | Oates Energy, Inc. 415 Pablo Avenue, Suite 100 Jacksonville Beach, FL 32250 | | | | | |
| | USAA Federal Savings Bank 10750 Mcdermott Fwy San Antonio, TX 78288 | | | | | |
| 000005 | ADVANTA BANK CORP. | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000004 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-18266 | Judge: PAMELA S. HOLLIS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MIKKELSEN, PETER T. | | | Date Filed (f) or Converted (c): | 05/20/09 (f) |
| | MIKKELSEN, SUSAN I. | | | 341(a) Meeting Date: | 06/30/09 |
| For Period Ending: | 10/24/12 | | | Claims Bar Date: | 04/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 7647 Davis Street, Morton Grove, Illinois (single | 570,000.00 | 4,791.00 | | 0.00 | 0.00 | 565,209.00 | 0.00 |
| 2. 1845 Prairie Avenue, Northbrook, Illinois (single | 450,000.00 | 0.00 | | 0.00 | 0.00 | 474,404.00 | 0.00 |
| 3. 729 Hill Street, Highland Park, Illinois (single f | 483,000.00 | 8,886.00 | | 0.00 | 0.00 | 474,114.00 | 0.00 |
| 4. 2730 Via Tivoli Avenue, Unit 321A, Clearwater, Flo | 210,000.00 | 0.00 | | 0.00 | 0.00 | 245,650.63 | 0.00 |
| 5. 2738 Via Tivoli Avenue, Unit 223A, Clearwater, Flo | 230,000.00 | 0.00 | | 0.00 | 0.00 | 324,411.00 | 0.00 |
| 6. Checking and Savings accounts - Washington Mutual | 550.00 | 550.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Miscellaneous used furniture, including tables, ch | 2,500.00 | 2,500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. miscellaneous books | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. clothing and shoes | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. wedding bands (originally purchased for $300) | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. treadmill | 150.00 | 150.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. digital camera | 150.00 | 150.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. 100% stock of Creative Computer Consulting Worldwi | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. consulting fees owed to Debtor by Lincoln Towing | 1,600.00 | 1,600.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 09-18266 | Judge: PAMELA S. HOLLIS |
| --- | --- | --- |
| Case Name: | MIKKELSEN, PETER T. | |
| | MIKKELSEN, SUSAN I. | |

| Trustee Name: | RONALD R. PETERSON |
| --- | --- |
| Date Filed (f) or Converted (c): | 05/20/09 (f) |
| 341(a) Meeting Date: | 06/30/09 |
| Claims Bar Date: | 04/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. 2007 Toyota Corolla (40,000 miles) | 7,750.00 | 7,750.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. 1993 Toyota Paseo (65,000 miles) | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 17. computer, printer | 250.00 | 250.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 18. Personal injury (u) | 0.00 | 100,000.00 | | 100,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.52 | Unknown | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)   $1,956,750.00   $127,427.00   $100,001.52   Gross Value of Remaining Assets $0.00   $2,083,788.63   $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:15 pm.  There was a major settlement in the fourth quarter of 2011.  The case is in closing.

December 05, 2011, 05:26 pm .   Staff Associate J. Knapp is checking claims.

September 26, 2011, 09:54 am. Settlement subject to court order of PI case for $100M.   Hearing set for 11 October 2011.

Personal injury case pending.


Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 05/01/12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | |
|---|---|
| Case No: 09-18266 Judge: PAMELA S. HOLLIS | Trustee Name: RONALD R. PETERSON |
| Case Name: MIKKELSEN, PETER T. | Date Filed (f) or Converted (c): 05/20/09 (f) |
| MIKKELSEN, SUSAN I. | 341(a) Meeting Date: 06/30/09 |
| | Claims Bar Date: 04/30/10 |

_____ Date: _____
RONALD R. PETERSON

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 09-18266 -PSH |
| Case Name: | MIKKELSEN, PETER T. |
| | MIKKELSEN, SUSAN I. |
| Taxpayer ID No: | *******4424 |
| For Period Ending: | 10/24/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9357 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/25/11 | | Lawyers Trust Fund of iLLINOIS lOIZZI lAW oFFICES, llc 414 North Orleans St suite 602 Chicago, Il 60610 | | | 26,616.95 | | 26,616.95 |
| | 18 | LAWYERS TRUST FUND OF ILLINOIS | Memo Amount: 100,000.00 | 1242-000 | | | |
| | | LIOZZI LAW OFFICES | Memo Amount: ( 26,000.00 ) Contengency Fee | 3210-000 | | | |
| | | GORDON LEVINE | Memo Amount: ( 7,500.00 ) Miscllleneous Legal Expenses | 3210-000 | | | |
| | | FRANK TUZZOLINO & ASSOCIATES | Memo Amount: ( 6,500.00 ) Miscelleneous Expnses | 3220-000 | | | |
| | | LOIZZI LAW OFFICESS | Memo Amount: ( 7,193.94 ) Miscellenous Case Expensess | 3220-000 | | | |
| | | USAA | Memo Amount: ( 2,655.73 ) Med Lien | 4220-000 | | | |
| | | BLUE CROSS | Memo Amount: ( 7,835.24 ) Med Lien | 4220-000 | | | |
| | | DR. ALLEN | Memo Amount: ( 698.14 ) Med Lien | 4220-000 | | | |
| | | PETER MIKKKELSON | Memo Amount: ( 15,000.00 ) Personal injury exemption | 8100-000 | | | |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 26,616.98 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 26,617.20 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.82 | 26,584.38 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 26,584.60 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.78 | 26,551.82 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 26,552.05 |

Page Subtotals  26,617.65  65.60

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-18266 -PSH | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | MIKKELSEN, PETER T. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MIKKELSEN, SUSAN I. | | Account Number / CD #: | *******9357 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4424 | | | |
| For Period Ending: | 10/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 34.82 | 26,517.23 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 26,517.44 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.52 | 26,485.92 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 26,486.14 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 26,486.36 |
| 05/25/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 26,486.53 |
| 05/25/12 | | Transfer to Acct #*******9755 | Final Posting Transfer | 9999-000 | | 26,486.53 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 100,000.00 | COLUMN TOTALS | 26,618.47 | 26,618.47 | 0.00 |
| Memo Allocation Disbursements: | 73,383.05 | Less: Bank Transfers/CD's | 0.00 | 26,486.53 | |
| | | Subtotal | 26,618.47 | 131.94 | |
| Memo Allocation Net: | 26,616.95 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 26,618.47 | 131.94 | |

Page Subtotals 0.82 26,552.87

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-18266 -PSH | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | MIKKELSEN, PETER T. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MIKKELSEN, SUSAN I. | | Account Number / CD #: | *******9755  BofA - Checking Account |
| Taxpayer ID No: | *******4424 | | | |
| For Period Ending: | 10/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/12 | | Transfer from Acct #*******9357 | Transfer In From MMA Account | 9999-000 | 26,486.53 | | 26,486.53 |
| 05/25/12 | 003001 | Ronald R Peterson | Trustee's compensation | 2100-000 | | 7,500.05 | 18,986.48 |
| 05/25/12 | 003002 | Ron Peterson | Trustee's expenses | 2200-000 | | 34.98 | 18,951.50 |
| 05/25/12 | 003003 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final distribution | 7100-000 | | 995.38 | 17,956.12 |
| 05/25/12 | 003004 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final distribution | 7100-000 | | 1,196.98 | 16,759.14 |
| 05/25/12 | 003005 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final distribution | 7100-000 | | 724.94 | 16,034.20 |
| 05/25/12 | 003006 | Advanta Bank Corp.<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution | 7100-000 | | 2,297.37 | 13,736.83 |
| 05/25/12 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 2,265.74 | 11,471.09 |
| 05/25/12 | 003008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 1,066.48 | 10,404.61 |
| 05/25/12 | 003009 | PYOD LLC its successors<br>and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008 | Final distribution | 7100-000 | | 2,184.88 | 8,219.73 |
| | | | Page Subtotals | | 26,486.53 | 18,266.80 | |

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-18266 -PSH | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | MIKKELSEN, PETER T. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MIKKELSEN, SUSAN I. | | Account Number / CD #: | *******9755 BofA - Checking Account |
| Taxpayer ID No: | *******4424 | | | |
| For Period Ending: | 10/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/12 | 003010 | Greenville, SC 29602-<br>American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution | 7100-000 | | 1,736.77 | 6,482.96 |
| 05/25/12 | 003011 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final distribution | 7100-000 | | 5,138.01 | 1,344.95 |
| 05/25/12 | 003012 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final distribution | 7100-000 | | 1,231.24 | 113.71 |
| 05/25/12 | 003013 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final distribution | 7100-000 | | 113.71 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 26,486.53 | 26,486.53 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 26,486.53 | 0.00 | |
| | | Subtotal | | 0.00 | 26,486.53 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 26,486.53 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 100,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 73,383.05 | Money Market Account (Interest Earn - *******9357 | | 26,618.47 | 131.94 | 0.00 |
| | | BofA - Checking Account - *******9755 | | 0.00 | 26,486.53 | 0.00 |
| Total Memo Allocation Net: | 26,616.95 | | | 26,618.47 | 26,618.47 | 0.00 |
| | | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | | 0.00 | 8,219.73 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-18266 -PSH | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | MIKKELSEN, PETER T. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MIKKELSEN, SUSAN I. | | Account Number / CD #: | *******9755 BofA - Checking Account |
| Taxpayer ID No: | *******4424 | | | |
| For Period Ending: | 10/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - ********9357 | | Transfers) | To Debtors) | On Hand |
| | | | BofA - Checking Account - ********9755 | | | | |

Page Subtotals  0.00  0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*